# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CARLOS RAMIREZ,<br><br>on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARADIES SHOPS, LLC,<br>a Georgia limited liability company,<br><br>    Defendant. | Case No.: 1:21-cv-03758-ELR |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above-named action, Carlos Ramirez, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from: (1) the Order granting Defendant's Motion to Dismiss (Doc. 15) entered in this action on July 27, 2022, and (2) the Judgment (Doc. 16), also entered on July 27, 2022. Plaintiff is qualified to bring the appeal as the representative of the proposed class.

Date: August 26, 2022

Respectfully Submitted,

/s/ John A. Yanchunis
Dylan A. Bess, Esq.
GA Bar No. 501825
Morgan & Morgan PLLC, Atlanta
P.O. Box 57007
Atlanta, GA 30343-1007
(404) 965-1885
dbess@forthepeople.com

John A. Yanchunis
Ryan D. Maxey
**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
(813) 223-5505
jyanchunis@ForThePeople.com
rmaxey@ForThePeople.com

*Attorneys for Plaintiff and the Proposed Class*

## **CERTIFICATE OF COMPLIANCE**

In compliance with N.D. Ga. LR. 7.1(D), I certify that the foregoing Notice of Appeal has been prepared in conformity with N.D. Ga. LR. 5.1. This filing was prepared in Times New Roman 14-point type with a top margin of one and one-half (1 ½) inches and a left margin of one (1) inch.

/s/ *John A. Yanchunis*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *John A. Yanchunis*