# Holland & Knight

1180 West Peachtree Street, Suite 1800 | Atlanta, GA 30309 | T 404.817.8500 | F 404.881.0470
Holland & Knight LLP | www.hklaw.com

Peter N. Hall
+1 404-817-8412
Peter.Hall@hklaw.com

August 15, 2023

*Via CM/ECF*

Honorable Eleanor L. Ross
US District Court, Northern District of Georgia,
Atlanta Div.
1788 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Courtroom: 1708
Atlanta, GA 30303-3309

   Re: *Ramirez v. The Paradies Shops, LLC*, United States District Court for the Northern District of Georgia - Atlanta Division
      Civil Action File No.: 1:21-cv-03758-ELR

Dear Judge Ross:

The parties in this litigation are engaged in settlement talks and are arranging third-party mediation. Once the mediation date is scheduled, we will reach back out to the Court to inform you of the date, and after the mediation, its outcome. We are hopeful that we will find a mutually acceptable resolution to this case. All parties have agreed to hold off on the 26(f) Conference and the filing of a Joint Preliminary Report and Discovery Plan and to toll the deadline for a determination under Fed. R. Civ. P. 23(c)(1), *see* LR 23.1(B), while we engage in good faith settlement negotiations.

Respectfully,

HOLLAND & KNIGHT LLP

Peter N. Hall

PNH:lcr

Atlanta | Austin | Birmingham | Boston | Century City | Charlotte | Chattanooga | Chicago | Dallas | Denver | Fort Lauderdale
Houston | Jacksonville | Los Angeles | Miami | Nashville | Newport Beach | New York | Orlando | Philadelphia
Portland | Richmond | San Francisco | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Honorable Eleanor L. Ross
August 15, 2023
Page 2

cc:   Dylan A. Bess, Esq.
      John A. Yanchunis, Esq.
      Ryan D. Maxey, Esq.

#227027438_v2