THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARLOS RAMIREZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARADIES SHOPS, LLC,<br>a Georgia limited liability company,<br><br>    Defendant. | Case No.: 1:21-cv-03758-ELR |

**JOINT MOTION TO RE-OPEN CASE**

Plaintiff, Carlos Ramirez, on behalf of himself and all others similarly situated, and Defendant, The Paradies Shops, LLC, a Georgia limited liability company ("Defendant") by and through undersigned counsel, hereby files this Motion to Re-Open the above-styled case. In support, the parties states as follows:

1. The parties held mediation on November 20, 2023.

2. No resolution was reached.

**WHEREFORE**, the parties respectfully request that the Court re-open Case No. 1:21-cv-03758-ELR and grant such other and further relief as the Court deems just and proper.

Respectfully submitted, this 1st day of December, 2023.

| | |
|---|---|
| **MORGAN & MORGAN PLLC** | **HOLLAND & KNIGHT LLP** |
| /s/ Dylan A. Bess | /s/ Peter N. Hall |
| Dylan A. Bess | Peter N. Hall |
| P.O. Box 57007 | Georgia Bar No. 141376 |
| Atlanta, GA 30343-1007 | 1180 West Peachtree Street, NW, Suite 1800 |
| E-Mail: dbess@forthepeople.com | Atlanta, GA 30309 |
| | Telephone: (404) 817-8412 |
| | Facsimile: (404) 881-0470 |
| | E-Mail: peter.hall@hklaw.com |

**MORGAN & MORGAN COMPLEX BUSINESS DIVISION**

/s/ John A. Yanchunis
John A. Yanchunis (*Admitted Pro Hac Vice*)

201 N. Franklin Street, 7th Floor
Tampa, FL 33602
E-Mail: jyanchunis@forthepeople.com

Paul Bond, *Admitted Pro Hac Vice*
Cira Centre, Suite 800
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 252-9600
Facsimile: (215) 867-6070
E-Mail: paul.bond@hklaw.com
*Attorneys for Defendant The Paradies Shops, LLC*

**MAXEY LAW FIRM, P.A.**

Ryan D. Maxey (*Admitted Pro Hac Vice*)
107 N. 11th St. #402
Tampa, FL 33602
E-Mail: ryan@maxeyfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served a true and correct copy of the within and foregoing ***Defendant The Paradies Shops, LLC's Motion to Re-Open Case*** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following Counsel of Record:

>Dylan A. Bess, Esq.
>Morgan & Morgan PLLC, Atlanta
>P.O. Box 57007
>Atlanta, GA 30343-1007
>dbess@forthepeople.com
>
>John A. Yanchunis, Esq.
>Morgan & Morgan Complex Business Division
>201 N. Franklin Street
>7th Floor
>Tampa, Florida 33602
>jyanchunis@ForThePeople.com
>
>Ryan D. Maxey
>Maxey Law Firm, P.A.
>107 N. 11th St. #402
>Tampa, FL 33602
>ryan@maxeyfirm.com

This 1st day of December, 2023.

>*/s/ Peter N. Hall*
>Peter N. Hall
>Georgia Bar No. 141376